## NATHAN H. DAHL
*vs.*
## TOWN OF DANBURY ET AL.

Superior Court          Fairfield County          File No. 57528

MEMORANDUM FILED JULY 2, 1940.

*Frederick C. Beach*, and *Theodore I. Koskoff*, of Stratford,. for the Plaintiff.

*Lazarus S. Heyman*, of Danbury, for the Defendants.

BOOTH, J. The action is to recover of the defendants damages for alleged conduct upon their part which conduct is alleged to have procured a breach of contract between the plaintiff and the Gellatly Construction Company. Upon a trial of the case judgment was rendered for the defendants. The question raised is whether each defendant is entitled to a separate bill of costs by way of indemnity for services before trial and trial fees. The action is at law and consequently the

.costs to be taxed are the creature of statute. *Condon vs. Pomroy-Grace*, 73 Conn. 607, 614.

Section 2271 of the General Statutes, Revision of 1930, provides that the prevailing party in a civil action in the Superior Court shall receive by way of indemnity the following sums: "For all proceedings before trial, ten dollars; for the trial of an issue of....fact, fifteen dollars." The defendants contend that under this statute each is entitled to have taxed in his favor the sum of $25 for the items above specified. In the opinion of the court they are not so entitled. The statute referred to has not been expressly construed in accordance with this opinion but similar language in section 5661 has been held in *Sanford vs. French*, 45 Conn. 101, to limit the taxation to one bill of costs though there be more than one prevailing party. Also, the implied suggestion in *Chambelis vs. Connecticut Co.*, 93 Conn. 658, that where one action is brought against several parties which results in one trial in favor of them all, but one indemnity fee is to be taxed, supports the court's view. Therefore one bill of costs may be taxed in favor of all the defendants.